GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
KATHERINE D. RAY, ESQ. CA Bar #121002
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Defendants
Harry Fred Koelling and Linda Ann Koelling

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>HARRY FRED KOELLING and LINDA ANN KOELLING,<br><br>Debtors. | Case No. 04-46443-LT<br><br>Chapter 7 |
| BURLINGAME CAPITAL PARTNERS II, L.P.,,<br><br>Plaintiff,<br><br>vs.<br><br>HARRY FRED KOELLING and LINDA ANN KOELLING,<br><br>Defendants. | A.P. No. 08-04204<br><br>Date: November 20, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 201<br>      1300 Clay Street, 2nd Floor<br>      Oakland, CA<br>Judge: Hon. Leslie Tchaikovsky |

### DEFENDANTS' MOTION TO STRIKE PORTIONS OF COMPLAINT

**TO THE HONORABLE LESLIE TCHAIKOVSKY, UNITED STATES BANKRUPTCY JUDGE AT OAKLAND, CALIFORNIA:**

-1-

Defendants Fred Koelling and Linda Ann Koelling ("Debtors") hereby move to strike portions of the Complaint Objecting To Discharge ("Complaint") filed herein on August 8, 2008, , pursuant to Fed. R. Civ. Proc. 12(f), made applicable herein pursuant to Fed. R. Bankr. Proc. 7012.

## RELIEF REQUESTED

By this motion, the Debtors seek entry of an order striking the following portions of the Complaint on the grounds they contain irrelevant, immaterial and impertinent matters:

1. Paragraphs 15 through 17 regarding Plaintiff's claims against Kids Connection as litigated in the State Court;

2. Paragraph 19 alleging Kids Connections' payment of Linda Koelling's personal expenses in 2000;

3. Paragraph 25 through 30 regarding Kids Connections' 2002 employment agreement with Linda Koelling;

4. Paragraph 32 alleging Qmect violation of environmental laws;

5. Paragraphs 38 through 42 regarding Plaintiff's June 2003 attempt to foreclose against Qmect stock;

6. Paragraphs 53 through 55 alleging destruction of a Qmect computer allegedly containing records which should have been produced to Plaintiff in the State Court litigation; and

7. Paragraphs 56 through 59 and 66 through 69 regarding Qmect's post-petition purchase transactions with Cyber Chem.

This motion is supported by the supporting Memorandum of Points and Authorities, Request for Judicial Notice, and Notice of Hearing, each filed and served concurrently herewith, and the record of this Court.

Dated: October 13, 2008         GOLDBERG, STINNETT, DAVIS & LINCHEY
                                A Professional Corporation


                                By:  /s/ Katherine D. Ray
                                     Attorneys for Defendants
                                     Harry Fred Koelling and Linda Ann Koelling