GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Defendants, Harry Fred Koelling and Linda Ann Koelling

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>HARRY FRED KOELLING and LINDA ANN KOELLING,<br><br>Debtors. | Case No. 04-46443-LT<br><br>Chapter 7 |
| BURLINGAME CAPITAL PARTNERS II, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>HARRY FRED KOELLING and LINDA ANN KOELLING,<br><br>Defendants. | A.P. No. 08-04204 |

**REQUEST FOR PRODUCTION OF DOCUMENTS - SET ONE**

| | |
|---|---|
| **PROPOUNDING PARTY:** | Harry Fred Koelling and Linda Ann Koelling |
| **RESPONDING PARTY:** | Burlingame Capital Partners II, L.P. |
| **SET NO.:** | One |

I. **INSTRUCTIONS**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, made applicable to this adversary

EXHIBIT "A"

proceeding by Rule 7034 of the Federal Rules of Bankruptcy Procedure, you are hereby requested to produce for inspection and copying, at the law offices of Goldberg, Stinnett, Davis & Linchey, A Professional Corporation, 44 Montgomery Street, Suite, 2900, San Francisco, CA 94104 within thirty days, each of the documents described below. In addition to producing the documents specified below, you must serve a written response to this request within 30 days of service of this request stating whether and to what extent you will comply with each request.

This request is intended to cover all documents in your "possession," or subject to your "custody" or "control," within the meaning of those terms as used in Rule 34 of the Federal Rules of Civil Procedure. In particular, the request covers all documents in your "possession, custody, or control," regardless of whether the documents are located in any of your district offices, division offices, or any other offices maintained by you or your agents, servants, or employees.

You are requested to provide, by way of supplements to these documents and responses, to the extent required by Rule 26 of the Federal Rules of Civil Procedure, as incorporated herein by Rule 7026 of the Federal Rules of Bankruptcy Procedure, such additional information as you or any other person acting on your behalf my hereafter obtain which augment or otherwise modify the documents or your responses. Such supplementary responses are to be served within thirty (30) days after you or your attorneys, agents, employees or representatives obtain such information.

In the event that an objection is interposed to any request herein, the reasons for said objection must be stated fully. In the event that any privilege is claimed as to any request, Rules 26(b)(5) and 34(b) of the Federal Rules of Civil Procedure require you to set forth a brief description of the nature and contents of the matter claimed to be privileged, the circumstances that you contend to make the privilege applicable thereto must be described completely, the name, occupation, and capacity of the individuals from whom the privileged matter emanated and was directed, the date of the document, and the privileged claimed. The objection must be limited to that portion of the request that the privilege applies.

## II. DEFINITIONS

1. "Defendant" refers to HARRY FRED KOELLING and LINDA ANN KOELLING, and its divisions, subsidiaries, affiliates, or other related entities.

2. "Debtor" refers to the Chapter 7 debtor of the above-captioned case.

3. "Affiliate" refers to any entity as defined by 11 U.S.C. § 101(2).

## III. REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR DOCUMENT NO. 1:** Your financial statements for the years 2006 through 2009.

**REQUEST FOR DOCUMENT NO. 2:** All your ledgers reflecting the treatment by you of any debts owing to you by the Koellings.

**REQUEST FOR DOCUMENT NO. 3:** All your ledgers reflecting your treatment of any transactions relating to the acquisition or transfer of the assets of Kids Connection or Qmect.

**REQUEST FOR DOCUMENT NO. 4:** All appraisals of any of the assets of Kids Connection or Qmect.

**REQUEST FOR DOCUMENT NO. 5:** All files relating to communications between you or your agents and D.R. Stevens relating to Qmect, Electrochem Solutions, Inc. or Electrochem Solutions, LLC.

**REQUEST FOR DOCUMENT NO. 6:** All letters of intent between you or either Electrochem entity and D. R. Stevens.

**REQUEST FOR DOCUMENT NO. 7:** All financial statements of Electrochem Solutions, Inc. or Ectrochem Solutions, LLC.

**REQUEST FOR DOCUMENT NO. 8:** All appraisals of property of Electrochem Solutions, Inc. or Electrochem Solutions, LLC.

//
//
//
//
//
//
//

**REQUEST FOR DOCUMENT NO. 9:** All loan applications by you or the Judsons to Bank of Marin relating to the acquisition of the assets of Kids Connection.

Dated: August 18, 2009

                                                      GOLDBERG, STINNETT, DAVIS & LINCHEY
                                                     A Professional Corporation

By: _____
      Dennis D. Davis, CA Bar #70591
      Attorneys for Defendants, Harry Fred Koelling
      and Linda Ann Koelling

## CERTIFICATE OF SERVICE BY FIRST CLASS MAIL

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 44 Montgomery Street, Suite 2900, San Francisco, California 94104-4789; that on the date set out below, I served a copy of the following:

**REQUEST FOR PRODUCTION OF DOCUMENTS SET ONE**

on each party listed below by placing such a copy, enclosed in a sealed envelope with first class postage thereon affixed, in a United States Postal Service mailbox at San Francisco, California, addressed to each party listed below.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, on August 18, 2009.

_____
JEANNE ROSE

John W. Howard, Esq.
JW Howard/Attorneys
1508 West Lewis St.
San Diego, CA 92103

John W. Howard, Esq. SBN 80200
Michelle D. Volk, Esq. SBN 217151
J.W. HOWARD/ATTORNEYS, LTD.
1508 West Lewis Street
San Diego, California 92103

Telephone: (619) 234-2842
Facsimile: (619) 234-1716

Attorneys for Plaintiff
BURLINGAME CAPITAL PARTNERS II, L.P.,

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>HARRY FRED KOELLING and<br>LINDA ANN KOELLING,<br><br>    Debtors. | CASE NO. 04-46443-LT<br>(Hon. Leslie Tchaikovsky)<br>Chapter 7 |
| BURLINGAME CAPITAL PARTNERS II, L.P.,<br><br>    Plaintiff,<br><br>vs.<br><br>HARRY FRED KOELLING and<br>LINDA ANN KOELLING,<br><br>    Defendants. | Adv. Proc. No. 08-04204<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE)** |

Propounding Party:   Defendants Harry Fred Koelling and Linda Ann Koelling

Responding Party    Plaintiff Burlingame Capital Partners II, L.P.

Set No.:   One

**EXHIBIT "B"**

- 1 -

CASE NO. 04-46443-LT

**Request for Production No. 1.**

Your financial statements for the years 2006 through 2009

**Response to Request for Production No. 1.**

Objection. This request seeks confidential financial information in violation of this party's right to privacy. Furthermore, this request is irrelevant to the instant lawsuit and is burdensome and harassing. In addition, this request is overbroad in scope and time.

**Request for Production No. 2.**

All your ledgers reflecting the treatment by you of any debts owing to you by the Koellings.

**Response to Request for Production No. 2**

Objection. This request seeks confidential financial information in violation of this party's right to privacy. Furthermore, this request is irrelevant to the instant lawsuit and is burdensome and harassing. In addition, this request is overbroad in scope and time.

**Request for Production No. 3.**

All your ledgers reflecting your treatment of any transactions relating to the acquisition or transfer of the assets of Kids Connection or Qmect.

**Response to Request for Production No. 3**

Objection. This request seeks confidential financial information in violation of this party's and other third party's right to privacy. Furthermore, this request is irrelevant to the instant lawsuit and is burdensome and harassing. In addition, this request is overbroad in scope and time.

- 2 -

**Request for Production No. 4.**

All appraisals of any of the assets of Kids Connection or Qmect.

**Response to Request for Production No. 4**

Objection. This request seeks confidential financial information in violation of this party's and other third party's right to privacy. Furthermore, this request is irrelevant to the instant lawsuit and is burdensome and harassing. In addition, this request is overbroad in scope and time.

**Request for Production No. 5.**

All files relating to communications between you or your agents and D.R. Stevens relating to Qmect, Electrochem Solutions, Inc. or Electrochem Solutions, LLC.

**Response to Request for Production No. 5**

Objection. This request seeks confidential financial information in violation of this party's and other third party's right to privacy. Furthermore, this request is irrelevant to the instant lawsuit and is burdensome and harassing. In addition, this request is overbroad in scope and time.

**Request for Production No. 6.**

All letters of intent between you or either Electrochem entity and D.R. Stevens.

**Response to Request for Production No. 6**

Objection. This request seeks confidential financial information in violation of this party's and other third party's right to privacy. Furthermore, this request is irrelevant to the instant lawsuit and is burdensome and harassing. In addition, this request is overbroad in scope and time.

**Request for Production No. 7.**

All financial statements of Electrochem Solutions, Inc. or Electrochem Solutions, LLC.

**Response to Request for Production No. 7**

Objection. This request seeks confidential financial information in violation of this party's and other third party's right to privacy. Furthermore, this request is irrelevant to the instant lawsuit and is burdensome and harassing. In addition, this request is overbroad in scope and time.

**Request for Production No. 8.**

All appraisals of property of Electrochem Solutions, Inc. or Electrochem Solutions, LLC.

**Response to Request for Production No. 8**

Objection. This request seeks confidential financial information in violation of this party's and other third party's right to privacy. Furthermore, this request is irrelevant to the instant lawsuit and is burdensome and harassing. In addition, this request is overbroad in scope and time.

Dated: Sept.16, 2009

*/s/ Michelle D. Volk*
Michelle D. Volk
Attorneys for Plaintiff
BURLINGAME CAPITAL PARTNERS II, L.P.

- 4 -

CASE NO. 04-46443-LT

# PROOF OF SERVICE

| | | | |
|---|---|---|---|
| US Bankruptcy Court | ) | | *Burlingame Capital v. Harry Koelling, et al* |
| Northern District of Calif. | ) | ss. | Case No.: 04-46443-LT |
| Oakland Division | ) | | Adv. No. 08-04204 |

I am over the age of 18 years, employed in the county of San Diego; my business address is 1508 West Lewis St., San Diego, CA 92103.

On Sept. 16, 2009, I served the following document:

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE)**

in said action by placing a true copy thereof closed in a sealed envelope, addressed as follows and placing same in the U.S. mail, postage prepaid, to:

Dennis D. Davis, Esq.
Goldberg, Stinnet, Davis & Linchey
4 Montgomery Street, Suite 2900
San Francisco, CA 94104

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of September 2009 at San Diego, California.

_____
Michelle Volk

**Katherine D. Ray, Esq.**

**From:** John W. Howard [johnh@jwhowardattorneys.com]
**Sent:** Wednesday, October 07, 2009 4:36 PM
**To:** Katherine D. Ray, Esq.
**Subject:** RE: Burlingame Capital Partners II, LP v. Koellings, AP 08-4204

Katherine:

I was not able to reach my clients on the question of whether or not they have a problem with items 1-3 of the Rule 34 request. I did, however, send them an e-mail with respect to same. I also handed off my notes of our conversation to Michelle who will coordinate getting the documents and producing them to you. I have asked my clients when they think they will be able to get them to me.

There is one other item we did not go over and Michelle is going to call you with respect to that and it has to do with correspondence. We need to narrow that request because it could potentially be thousands of e-mails unrelated to anything.

Finally, please provide dates for me to depose Linda Koelling in the very near future. I would guess we need to do that within the next week or two.

John Howard

---

**From:** Katherine D. Ray, Esq. [mailto:KRay@gsdllaw.com]
**Sent:** Wednesday, October 07, 2009 2:59 PM
**To:** michellev@jwhowardattorneys.com
**Cc:** johnh@jwhowardattorneys.com; Dennis D. Davis, Esq.
**Subject:** Burlingame Capital Partners II, LP v. Koellings, AP 08-4204

Michelle:

When I called you yesterday to "meet and confer" regarding Plaintiff's objections to Defendants' Rule 34 document request, you advised that I would needed to speak with John Howard but that he was unavailable and would likely not have time to call me until Friday (10/9). I requested that he call me back before that since Thursday (10/8) is the deadline for filing a discovery motion on the matter, if the motion is to be heard in November 2009, due to Judge Tchaikovsky's calendar.

As you know, defendants' motion to compel discovery from third parties, including your clients Electrochem Solutions, Inc., Electrochem Solutions, LLC and KC Funding LLC, has been on file since September 18 but no hearing has been set because of the need for an Order Shortening Time or extension of the discovery cutoff. Although the discovery cut-off has now been extended, we still have limited time to complete discovery, and thus do not want to delay the hearing on discovery motions until December. Of course, we can continue to attempt to resolve the discovery dispute pending a hearing.

Accordingly, I request that Mr. Howard contact me as soon as possible to "meet and confer" on Plaintiff's objections. Thank you.

Katherine D. Ray
Goldberg, Stinnett, Davis & Linchey
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
(415) 362-5045
(415) 362-2392 (fax)

# MOSS-ADAMS LLP

CERTIFIED PUBLIC ACCOUNTANTS | BUSINESS CONSULTANTS

www.mossadams.com

206-302-6800
206-652-2098

October 8, 2009

**VIA FACSIMILE: 414-362-2392**
Katherine D. Ray, Esq.
GOLDBERG, SINNETT, DAVIS & LINCHEY
44 Montgomery Street, Suite 2900
San Francisco, CA 94104

Re:   In re Harry Fred Koelling and Linda Ann Koelling, Debtor
       Burlingame Capital Partners II, LP v. Harry and Linda Koelling
       Subpoena to Moss Adams LLP

Dear Ms. Ray:

Please accept this letter as Moss Adams LLP's response to the subpoena that was issued in the above-referenced matter. Please be advised that Moss Adams does not have any quarterly financial statements for Burlingame Capital Partners II, LP in its possession.

Sincerely,

*[signature]*

Kathleen Quirk
Paralegal

999 Third Avenue, Suite 3300
Seattle, WA 98104-4019

**EXHIBIT D**

LAWRENCE GOLDBERG (Retired)
TERRENCE L. STINNETT (Retired)

DENNIS D. DAVIS
DANIEL M. LINCHEY
KATHERINE D. RAY

LAW OFFICES
**GOLDBERG, STINNETT, DAVIS & LINCHEY**
A PROFESSIONAL CORPORATION
44 MONTGOMERY STREET, SUITE 2900
SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE
(415) 362-5045

FACSIMILE
(415) 362-2392

kray@gsdllaw.com

October 8, 2009

**BY FACSIMILE – 206-652-2098**

Kathleen Quirk
Paralegal
Moss-Adams, LLP
999 Third Avenue, Suite 3300
Seattle, WA 98104-4019

    Re:    Burlingame Capital Partners II v. Harry and Linda Koelling, APN 08-4204

Dear Ms. Quirk:

    I am in receipt of your letter of this date regarding the subpoena to Moss-Adams, LLP in the above matter. The subpoena does not request quarterly financial statements. It requests financial statements of Burlingame Capital Partners, II, L.P. which cover the periods for the last quarter of 2006 and the first quarter of 2007. If there are any financial statements, annual or otherwise, which cover the requested periods, they are required to be produced pursuant to the subpoena.

    Please call me upon receipt of this letter.

        Very truly yours,

        GOLDBERG, STINNETT, DAVIS & LINCHEY
        A Professional Corporation

        By    */s/ Katherine D. Ray*
                Katherine D. Ray

KDR:kdr
10459.102

Enclosure

LAWRENCE GOLDBERG (Retired)
TERRENCE L. STINNETT (Retired)

DENNIS D. DAVIS
DANIEL M. LINCHEY
KATHERINE D. RAY

LAW OFFICES
**GOLDBERG, STINNETT, DAVIS & LINCHEY**
A PROFESSIONAL CORPORATION
44 MONTGOMERY STREET, SUITE 2900
SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE
(415) 362-5045

FACSIMILE
(415) 362-2392

kray@gsdllaw.com

October 8, 2009

**BY FACSIMILE – 206-652-2098**

Kathleen Quirk, Paralegal
Moss-Adams, LLP
999 Third Avenue, Suite 3300
Seattle, WA 98104-4019

   Re: Burlingame Capital Partners II v. Harry and Linda Koelling, APN 08-4204

Dear Ms. Quirk:

  This will confirm our telephone conversation this afternoon in which you confirmed that Moss-Adams, LLP is in possession of financial statements of your client, Burlingame Capital Partners, II. L.P. ("Burlingame"), which cover the first quarter of 2006 and last quarter of 2007, specifically, Burlingame's financial statements for 2006 and 2007.

  You advised that you were instructed by the client and Moss-Adams' general counsel not to produce the financial statements. This will confirm that the subpoena requires the production of Burlingame's financial statements for 2006 and 2007 at our office tomorrow morning.

        Very truly yours,

        GOLDBERG, STINNETT, DAVIS & LINCHEY
        A Professional Corporation

        By */s/ Katherine D. Ray*
          Katherine D. Ray

KDR:kdr
10459.102

EXHIBIT F