| | |
|---|---|
| 1 | John W. Howard, Esq. SBN 80200 |
| 2 | Michelle D. Volk, Esq. SBN 217151 |
|   | J.W. HOWARD/ATTORNEYS, LTD. |
| 3 | 1508 West Lewis Street |
|   | San Diego, California 92103 |
| 4 | |
| 5 | Telephone: (619) 234-2842 |
|   | Facsimile: (619) 234-1716 |
| 6 | |
| 7 | Attorneys for Plaintiff |
|   | BURLINGAME CAPITAL PARTNERS II, L.P., |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | CASE NO. 04-46443-LT |
|   | (Hon. Leslie Tchaikovsky) |
| HARRY FRED KOELLING and | Chapter 7 |
| LINDA ANN KOELLING, | |
|   | |
| Debtors. | |
|   | Adv. Proc. No. 08-04204 |
| BURLINGAME CAPITAL PARTNERS II, L.P., | |
|   | **NOTICE OF PLAINTIFF'S *AMENDED* MOTION TO DISMISS ADVERSARY PROCEEDING** |
| Plaintiff, | |
|   | |
| vs. | [Pursuant to FRCP 41(a)(2)] |
|   | |
| HARRY FRED KOELLING and | Hearing Date: November 5, 2009 |
| LINDA ANN KOELLING, | Time: 2:00 p.m. |
|   | Crtrm: 201 |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Burlingame Capital Partners II, L.P. ("Burlingame") has moved this Court for an order dismissing its First Amended Adversary Complaint herein objecting to discharge of the debtors, pursuant to Federal Rules of Civil Procedure Rule 41(a)(2). Plaintiff's Amended Motion to Dismiss Adversary Proceeding requests that the court dismiss the entire action, with prejudice.

1    This Motion will be heard on **November 5, 2009 at 2:00 p.m. in Courtroom 201** of the
2    above-captioned court located at 1300 Clay Street, Oakland, CA 94612.  This motion is
3    scheduled on a shortened notice period as agreed between counsel for Plaintiff and the
4    Defendants/Debtors.  A Stipulation and Order representing this agreement will be filed with the
5    Court.

The Motion is made pursuant to Federal Rules of Civil Procedure Rule 41 and Bankruptcy Local Rule 7041.  Plaintiff moves for dismissal on the basis that it is unlikely that assets will be discovered that will be available to provide relief to the many creditors who have filed claims herein.

The motion is based on this notice, Plaintiff's Amended Motion to Dismiss Adversary Proceeding and on the pleadings, records, and files in this case and any other further evidence that may be heard at the hearing on the motion.

Dated:  Oct. 22, 2009                    By:/s/ John W. Howard_____
                                            John W. Howard
                                            Attorney for Plaintiff
                                            Burlingame Capital Partners II, L.P.