GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
KATHERINE D. RAY, ESQ. CA Bar #121002
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Defendants, Harry Fred Koelling and Linda Ann Koelling

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>HARRY FRED KOELLING and LINDA ANN KOELLING,<br><br>    Debtors. | Case No. 04-46443-LT<br><br>Chapter 7 |
| BURLINGAME CAPITAL PARTNERS II, L.P.,<br><br>    Plaintiff,<br><br>vs.<br><br>HARRY FRED KOELLING and LINDA ANN KOELLING,<br><br>    Defendants. | A.P. No. 08-04204<br><br>Date:   November 5, 2009<br>Time:  2:00 p.m.<br>Place:  Courtroom 201<br>          1300 Clay Street, 2nd Floor<br>          Oakland, CA<br>Judge: Hon. Leslie Tchaikovsky |

**NOTICE OF HEARING REGARDING
DEFENDANTS' MOTION TO STRIKE (A) PLAINTIFF'S MOTION TO DISMISS
ADVERSARY PROCEEDING AND (B) PORTIONS OF PLAINTIFF'S AMENDED
<u>MOTION TO DISMISS ADVERSARY PROCEEDING</u>**

**TO DEFENDANTS THROUGH THEIR COUNSEL OF RECORD:**

    **NOTICE IS HEREBY GIVEN** that Defendants Fred Koelling and Linda Koelling

1

NOTICE OF HEARING REGARDING DEFENDANTS' MOTION TO STRIKE (A) PLAINTIFF'S MOTION TO DISMISS ADVERSARY PROCEEDING AND (B) PORTIONS OF PLAINTIFF'S AMENDED MOTION TO DISMISS ADVERSARY PROCEEDING
10459.102/123218.DOC

Case: 08-04204   Doc# 65   Filed: 10/30/09   Entered: 10/30/09 16:30:45   Page 1 of 2

1  ("Defendants") have filed Defendants' Motion to Strike (A) Plaintiff's Motion to Dismiss Adversary
2  Proceeding and (B) Portions of Plaintiff's Amended Motion to Dismiss Adversary Proceeding
3  ("Motion"), a copy of which is served concurrently herewith.  The Motion is supported by this Notice
4  and the supporting declaration of Katherine D. Ray filed, a copy of which is also served concurrently
5  herewith.

6  **NOTICE IS FURTHER HEREBY GIVEN** that, pursuant to a stipulated order shortening
7  time, a hearing on the Motion will be held on November 5, 2009 at 2:00 p.m., or as soon thereafter as
8  the matter may be heard, before the Honorable Leslie Tchaikovsky, United States Bankruptcy Judge,
9  at the United States Bankruptcy Court, 1300 Clay Street, Second Floor, Courtroom 201, Oakland,
10 California.

11 Dated: October 30, 2009

GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation

By:     /s/ Katherine D. Ray
        Attorneys for Defendants,
        Harry Fred Koelling and Linda Ann Koelling

2
NOTICE OF HEARING REGARDING DEFENDANTS' MOTION TO STRIKE (A) PLAINTIFF'S MOTION TO DISMISS ADVERSARY
PROCEEDING AND (B) PORTIONS OF PLAINTIFF'S AMENDED MOTION TO DISMISS ADVERSARY PROCEEDING
10459.102/123218.DOC

Case: 08-04204    Doc# 65    Filed: 10/30/09    Entered: 10/30/09 16:30:45    Page 2 of 2