Entered on Docket
December 02, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: December 02, 2009

_____
**LESLIE TCHAIKOVSKY
U.S. Bankruptcy Judge**
_____

GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
KATHERINE D. RAY, ESQ. CA Bar #121002
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392
Email: kray@gsdllaw.com

Attorneys for Defendants, Harry Fred Koelling
and Linda Ann Koelling

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>HARRY FRED KOELLING and LINDA ANN KOELLING,<br><br>    Debtors. | Case No. 04-46443-LT<br><br>Chapter 7 |
| BURLINGAME CAPITAL PARTNERS II, L.P.,<br><br>    Plaintiff,<br><br>vs.<br><br>HARRY FRED KOELLING and LINDA ANN KOELLING,<br><br>    Defendants. | A.P. No. 08-04204<br><br>Date: November 5, 2009<br>Time: 2:00 p.m.<br>Place: Courtroom 201<br>       1300 Clay Street, 2nd Floor<br>       Oakland, CA<br>Judge: Hon. Leslie Tchaikovsky |

### ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE

    Plaintiff's Amended Motion to Dismiss Adversary Proceeding ("Motion") came on for hearing on November 5, 2009 on shortened time pursuant to an Order Shortening Time based on the stipulation of the parties. Appearances were made as noted in the record of this Court. Due and adequate notice of the

| | |
|---|---|
| 1 | Motion having been made under the circumstances, and no opposition to dismissal of this adversary |
| 2 | proceeding having been filed or asserted by any party, creditor or the Chapter 7 Trustee of the debtors' |
| 3 | bankruptcy estate, and good cause appearing therefor, |
| 4 | IT IS HEREBY ORDERED that this adversary proceeding is hereby dismissed with prejudice. |
| 5 | **END OF ORDER** |

## COURT SERVICE LIST

John W. Howard, Esq.
JW Howard/Attorneys
1508 West Lewis St.
San Diego, CA 92103